

# Department of Law
*Monroe County, New York*

**Adam J. Bello**
*County Executive*

**John P. Bringewatt**
*County Attorney*

Friday, October 15, 2021

*By ECF*
Hon. Frank P. Geraci, Jr.
Chief United States District Judge
U.S. Courthouse, 100 State Street
Rochester, NY 14614

Re:  *Painting v. City of Rochester, et al.,* Case No. 22-cv-6179
     *Pigott v. City of Rochester, et al.,* Case No. 22-cv-6180

Dear Judge Geraci:

    I represent the Monroe County Defendants (Monroe County, Sheriff Todd Baxter, and Sheriffs' Deputies 1-200) in the above matters. Plaintiffs' Counsel and the County Defendants have agreed to the following response and motion schedule in these matters: County Defendants to respond to Plaintiffs' amended complaints by May 31, 2022, Plaintiffs to respond to motions by June 30, and Defendants to reply by July 14. Therefore I am writing to respectfully request that the Court grant this proposed schedule. Thank you for your attention in this matter.

Respectfully,

/s/ *Adam M. Clark*

Adam M. Clark
Deputy County Attorney
Tel. (585) 753-1374
adamclark@monroecounty.gov

cc:  All counsel of record, *by ECF*